UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA BEJARANO,

                     Plaintiff,

              -against-

BARCLAY,

                   Defendant.

26-CV-3886 (LTS)

ORDER DIRECTING SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*.[1]  The complaint and *in forma pauperis* application that Plaintiff submitted are unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a mark handplaced)").

Plaintiff is directed to sign and submit the attached signature page and declaration for signature within 30 days of the date of this order. The signed documents must be labeled with docket number 26-CV-3886 (LTS). If Plaintiff mails the documents, or files them in person, Plaintiff must comply with Rule 11(a) by signing the documents.

If Plaintiff submits the documents by email, to ProSe@nysd.uscourts.gov, Plaintiff may use a digital signature or a typed name with /s/ ("/s/ Joshua Bejarano") on the signature lines. *See* Local Civil Rule 5.2 ("Any document submitted . . . [by email] must be signed by the party in

---

[1]  It is unclear whether Plaintiff intends to bring a new action, or if he is incorrectly seeking default judgment in *Bejarano v. Barclay*, No. 26-CV-1982 (LTS) (S.D.N.Y. Apr. 20, 2026) (dismissed without prejudice for failure to file signed IFP application and complaint).

one of the following ways: (a) by signing the document and then scanning it; (b) by using a digital signature; or (c) by typing: "/s/ [Joshua Bejarano].").

No summons or answer shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 12, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2