**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
 JOSHUA BEJARANO,

                              Plaintiff,

          -against-                                                26 **CIVIL** 3886 (GBD)

                                                                   **JUDGMENT**

BARCLAY,

                              Defendant.
---------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 26, 2026, this Court has dismissed Plaintiff's complaint as

frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). This Court also certifies under 28 U.S.C. § 1915(a)(3)

that any appeal from the order would not be taken in good faith, and therefore in forma pauperis

status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-

45 (1962).

**Dated:** New York, New York

          June 30, 2026

                                                       **TAMMI M. HELLWIG**
                                                 _____
                                                       **Clerk of Court**

                                        **BY:**          K. mango
                                                 _____
                                                       **Deputy Clerk**